1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11  BRIAN DEVERICK LEWIS,                    CASE NO. 04cv2468 JLS (NLS)
12                        Plaintiff,    **ORDER: ADOPTING**
                                        **MAGISTRATE JUDGE**
13       vs.                            **STORMES' REPORT AND**
                                        **RECOMMENDATION**
14  S. RYAN, et. al.,
15                        Defendants.

16
17          In the present action, the Hon. Nita L. Stormes has issued a report and recommendation
18  ("R&R") advising this Court to: (1) **GRANT IN PART** and **DENY IN PART** Defendants' motion
    for summary judgment; (2) **DENY** Plaintiff's cross-motion for summary judgment; and (3) **DENY**
19  Plaintiff's request for judicial notice.  Both parties have failed to file timely objections to Magistrate
20  Judge Stormes' R&R.
21
22          Pursuant to 28 U.S.C. § 636, a district judge "shall make a <u>de novo</u> determination of those
23  portions of the report or specified proposed findings or recommendations to which objection is made."
24  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the
25  face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72, Advisory Committee
26  Notes (1983) (citing <u>Campbell v. U.S. Dist. Court</u>, 501 F.2d 196, 206 (9th Cir. 1974)).
27
28

Having reviewed the R&R in the absence of any timely objection, the Court finds that Magistrate Judge Stormes did not commit clear error in her thorough, well-reasoned analysis. Therefore, the Court **ADOPTS** the R&R **IN FULL**.

Accordingly, the Court hereby **ORDERS** that:

1:  With respect to Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Levin, Defendants' Motion for Summary Judgment is **GRANTED IN PART**;

2. With respect to Plaintiff's First Amendment retaliation claim against Defendant Levin, Defendants' Motion for Summary Judgment is **GRANTED IN PART**;

3. With respect to Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Vorise, Defendants' Motion for Summary Judgment is **GRANTED IN PART**;

4. With respect to Plaintiff's First Amendment claims against Defendants Woodford and Vorise, Defendants' Motion for Summary Judgment is **DENIED IN PART**;

5. With respect to Plaintiff's Fourteenth Amendment equal protection claim against Defendant Woodford, Defendants' Motion for Summary Judgment is **DENIED IN PART**;

6. With respect to Plaintiff's RLUIPA claim, Defendants' Motion for Summary Judgment is **DENIED IN PART**;

7. With respect to Plaintiff's claims for monetary damages, Defendants' Motion for Summary Judgment is **GRANTED IN PART** and the Court **FINDS** that all Defendants are entitled to immunity.

[04cv2468]

1          8. Plaintiff's Cross-Motion for Summary Judgment [Doc. No. 98] is **DENIED**; and

2

3          9. Plaintiff's Request for Judicial Notice [Doc. No. 100] is **DENIED**.

4

5    DATED: May 1, 2008

6                                              _____
                                               Honorable Janis L. Sammartino
7                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[04cv2468]